**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRI HUU HUYNH, | ) | CASE NO. SA CV 11-01505 TJH (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| M.D. BITER, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of TRI HUU HUYNH, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 30, 2012

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE